UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. CR 4:19-CR-42 |
| v. ) | |
| ) | |
| DWAYNE KING ) | |

## ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the Indictment in the above-captioned case is hereby **GRANTED**. The Indictment is hereby dismissed without prejudice.

So ORDERED, this 29th day of April 2019.

_____
HON. WILLIAM T. MOORE, JR.
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2019 APR 29 AM 11: 14
CLERK_____
SO. DIST. OF GA.